# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1977

———————————————

WALTER SARMIENTO PERDOMO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

June 30, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Lori Willner, Assistant Public Defender, Tallahassee, for Appellant.

No appearance for Appellee.